

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                    |   |                    |
|--------------------|---|--------------------|
| TERRY LEE MORRIS,  | § | No. 08-16-00153-CR |
|                    | § |                    |
| Appellant,         | § | Appeal from the    |
|                    | § |                    |
| v.                 | § | 396th District Court |
|                    | § |                    |
| THE STATE OF TEXAS, | § | of Tarrant County, Texas |
|                    | § |                    |
| State.             | § | (TC# 1382399D)     |
|                    | § |                    |

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time to file the brief until **February 7, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Lisa Mullen, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before February 7, 2017.

IT IS SO ORDERED this 9th day of January, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez, and Palafox, JJ.